UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **Denisa Semenza Offord**, <br>          Plaintiff, <br><br>     vs. <br><br> **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** <br>          Defendant. | **Case No.:** 1:14-cv-4624-NJV <br><br> AMENDED STIPULATION AND ORDER IN SUPP" RT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Denisa Offord may have an extension until March 26, 2015, in which to file plaintiff's motion for summary judgment.   All amended deadlines will be extended accordingly.  This is plaintiff's first request.

Dated:  February 23, 2015                           */s/ Kenneth J. Collins*

                                                                    KENNETH J. COLLINS
                                                                    Attorney for Plaintiff

                                                                    MELINDA L. HAAG
                                                                    United States Attorney


Dated:  February 24, 2015            By:      */s/ Jean M. Turk*
                                                                    JEAN M. TURK
                                                                    Special Assistant U.S. Attorney
                                                                    Attorneys for Defendant
                                                                    (as authorized by email)

Stipulation and Ordeµ In Support of             Plaintiff's First Request for Extension of Time- 1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: February 25, 2015

                                                    Hon. Nandor J. Vadas

3                                                      United States Magistrate Judge

Stipulation and Order        In Support of Plaintiff's First Request for Extension of Time- 2